The People of the State of Illinois ex rel. Oscar Nelson, complainant, v. Garfield State Bank, defendant.

Appeal of Maria Di Nunzio, appellant, v. John J. Driscoll and Arthur Jacobs, appellees. Gen. No. 36,263.

Opinion filed June 30, 1933. Rehearing denied July 11, 1933.

A. W. Martin and Edward H. S. Martin, for appellant. Levy & Schmetterer, for appellees.

Mr. Presiding Justice Sullivan delivered the opinion of the court.

Sam Freemark, appellee, v. Irving Eisenman, appellant. Gen. No. 36,291.

Opinion filed June 30, 1933. Rehearing denied July 11, 1933.

Abrams, Sherman & Lewis, for appellant; Maurice L. Lewis and Preston Clark, of counsel. S. Stanley Stoller, for appellee; S. Stanley Stoller and Elliott A. Berman, of counsel.

Mr. Presiding Justice Sullivan delivered the opinion of the court.

J. P. Buenemann and G. F. Knapp, trading as Buenemann & Knapp, appellants, v. Harry P. Munns, appellee. Gen. No. 36,310.

Opinion filed June 30, 1933.

Teller, Levit, Silvertrust & Levi, for appellants. Ralph Rosen, for appellee; O. J. C. Wray, of counsel.

Mr. Presiding Justice Sullivan delivered the opinion of the court.

Fred H. Henke et al., appellees, v. Edward W. Creevy et al., on appeal of William C. Crolius, appellant. Gen. No. 36,322.

Opinion filed June 30, 1933. Rehearing denied July 11, 1933.

William F. Donohue, for appellant. Francis A. Harper, for appellees.

Mr. Presiding Justice Sullivan delivered the opinion of the court.